UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSANNE L. FRENCH                                    JURY TRIAL DEMANDED

v.                                         CASE NO.  3:11CV

WELTMAN, WEINBERG & REIS CO., L.P.A.

## COMPLAINT

1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3.   Plaintiff is a natural person who resides in Connecticut.

4.   Plaintiff is a consumer within the FDCPA.

5.   Defendant is a debt collector within the FDCPA.

6.   Plaintiff received a collection letter from defendant in September, 2009, regarding an alleged debt to The Education Resources Institute, Inc. (TERI)

7.   In September, 2009, plaintiff notified defendant in writing that she disputed the personal account allegedly owed to TERI.

8.   Without verifying the account, on January 29, 2010, defendant sent plaintiff another collection letter.

9.   Plaintiff again sent a dispute letter, specifically mentioning that any communication with a credit bureau should mention that the account was disputed.

10. Thereafter, in response to an inquiry from TransUnion, a credit bureau, defendant verified that the amount was correct, even though it was in excess of what was actually owed; and that the account was undisputed, even though it was disputed.

FIRST COUNT

11.  In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

12. Within three years prior to the date of this action, Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

13. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395

faulknerlawoffice@snet.net